UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC.,

    Plaintiff(s),

-against-

SARCONA MANAGEMENT, INC.,

    Defendant(s).

07 CIV 10325

RULE 7.1 STATEMENT

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING COMPANY, S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MEDITERRANEAN SHIPPING COMPANY, S.A. or MEDITERRANEAN SHIPPING CO. (USA) INC.

Dated: New York, New York
    November 8, 2007

        MAHONEY & KEANE, LLP
        Attorneys for Plaintiff(s)
        MEDITERRANEAN SHIPPING CO. S.A. and
        MEDITERRANEAN SHIPPING CO. (USA) INC.

By: _____
        Jorge A. Rodriguez
        111 Broadway, Tenth Floor
        New York, New York 10006
        Tel (212) 385-1422
        Fax (212) 385-1605
        Our File No. 12/3490/B/07/10

## SERVICE LIST

SARCONA MANAGEMENT, INC.
58 Jacobus Avenue
Kearny, NJ 07032