USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 09, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., <br><br> Plaintiff(s), <br><br> -against- <br><br> SARCONA MANAGEMENT, INC., <br><br> Defendant(s). | 1:07-cv-10325-DAB <br><br> STIPULATION AND ORDER EXTENDING TIME TO ANSWER |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties to this action that:

1. The deadline for SARCONA MANAGEMENT, INC. ("SARCONA") to respond to Plaintiff's Complaint is hereby extended to and including January 20, 2008.

2. Defendant hereby waives any and all defenses in this action based on the improper service of process.

- 1 -

3. A facsimile copy of this signed Stipulation and Order by the undersigned is deemed to be acceptable as a substitute for the original signatures.

Dated: New York, New York

December 28, 2007

| MAHONEY & KEANE, LLP<br>Attorneys for Plaintiff(s)<br>MEDITERRANEAN SHIPPING CO.<br>S.A. and MEDITERRANEAN<br>SHIPPING CO. (USA) INC. | STARR, GERN, DAVISON &<br>RUBIN, P.C., Attorneys for<br>Defendant SARCONA<br>MANAGEMENT |
|---|---|
| By: _____<br>Jorge A. Rodriguez<br>111 Broadway, Tenth Floor<br>New York, New York 10006<br>Tel (212) 385-1422<br>Fax (212) 385-1605<br>File No. 12/3490/B/07/10 | By: _____<br>Harlan L. Cohen  (HC-5535)<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Telephone 973-403-9200<br>Facsimile 973-226-0031<br>File No. _____ |

SO ORDERED

_Deborah A. Batts_
_____
Hon. Deborah A. Batts

- 2 -