```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MEDITERRANEAN SHIPPING CO., S.A.,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/04/2008

```
                    Plaintiff,

         -against-                         07 Civ. 10325 (DAB)
                                           ORDER TO SHOW CAUSE
SARCONA MANAGEMENT, INC.,

                    Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that the amended Complaint in this action was filed on November 14, 2007. On January 9, 2008, pursuant to a stipulation between the Parties, Defendant was granted an extension until January 20, 2007 to move against or Answer the Complaint. To date, no Answer has been filed with the Court.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its action against Defendant should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

Plaintiff's showing of good cause, if any, shall be made by affidavit, or by moving for default judgment against the Defendant.

If Plaintiff fails within thirty days from the date of this

Order to show cause, by either affidavit or by moving for default judgment, its claims against Defendant shall be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         June 4, 2008

_____
Deborah A. Batts
United States District Judge