UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., <br><br> Plaintiff(s), <br><br> -against- <br><br> SARCONA MANAGEMENT, INC., <br><br> Defendant(s). | 07-cv-10325 (Batts) <br><br> <u>NOTICE OF MOTION</u> |

    PLEASE TAKE NOTICE that Plaintiffs, MEDITERREAN SHIPPING COMPANY S.A. and MEDITERANEAN SHIPPING CO. (USA) INC., by their attorneys, MAHONEY & KEANE LLP, will move this Court before the Honorable Deborah A. Batts, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, for an order, pursuant to Rule 55 of the Federal Rules of Civil Procedure, entering a default judgment in favor of Plaintiffs and against Defendant for failing to appear and otherwise defend this action, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: New York, NY

    July 16, 2008

                                       MAHONEY & KEANE, LLP
                                       Attorneys for Plaintiff(s)
                                       MEDITERRANEAN SHIPPING CO. S.A. and
                                       MEDITERRANEAN SHIPPING CO. (USA) INC.

                 By: _____
                                Jorge A. Rodriguez (JR 2162)
                                11 Hanover Square - Tenth Floor
                                New York, New York 10005
                                Tel (212) 385-1422
                                Fax (212) 385-1605
                                <u>File No. 12/3490</u>