UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/08

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

    Plaintiff(s),

-against-

SARCONA MANAGEMENT, INC.,

    Defendant(s).

07-cv-10325 (Batts)

JUDGMENT OF DEFAULT

    This action having been commenced on November 14, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint in this action having been duly served on defendant SARCONA MANAGEMENT, INC., on November 20, 2007, by personally delivering copies of said documents to Lenny Jones, authorized by appointment and/or law to accept service on behalf of defendant, at defendant's principal place of business, and proof of service having been filed on November 30, 2007, and said defendant having failed to plead or otherwise defend this action, and the time for answering the Complaint having expired, it is,

    ORDERED, ADJUDGED and DECREED: That plaintiffs have a judgment against defendant in the liquidated amount of **$3,860.00**, the amount claimed, plus **$414.95** in costs, disbursements and attorney fees, amounting in all to the sum of **$4,274.95**; and, that the plaintiffs have execution therefor.

*Default Judgment having been entered, the Clerk of Court is hereby directed to close the docket in this case.*

Dated: New York, NY
    July 23, 2008

By: *Deborah A. Batts*
    U.S.D.J.